PROVIDED TO
SANTA ROSA C.I. ON

MAY 2 7 2021

FOR MAILING BY

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA

## CIVIL RIGHTS COMPLAINT FORM FOR
## PRO SE, PRISONER LITIGANTS IN ACTIONS UNDER
## 28 U.S.C. § 1331 or § 1346 or 42 U.S.C. § 1983

Amended Complaint

NATHANIEL O'NEAL                    ,

Inmate ID Number: X78677        ,

_____,
*(Write the full name and inmate ID
number of the Plaintiff.)*

**Case No.:** 3:21-cv-00685-LC-EMT
*(To be filled in by the Clerk's Office)*

**v.**

SHAUNDERRICK M. GREENE        ,

JUSTIN P. NEEL                       ,

EVAN R. MANNERS               ,

**Jury Trial Requested?**
☑ YES   ☐ NO

*(Write the full name of each
Defendant who is being sued. If the
names of all the Defendants cannot
fit in the space above, please write
"see attached" in the space and
attach an additional page with the
full list of names. Do not include
addresses here.)*

See attached                        /

FILED USDC FLND PN
JUN 7 '21 PM3:51

DEFENDANTS LIST CONTINUED

NATHANIEL O'NEAL
 X78677
   Plaintiff,

 V.

ANDREW ALLIGOOD
CODY R. SEAMAN
DANIEL C. O'NEAL
MELINDA GRAY
AMANDA G. WOLFORD

## I. PARTIES TO THIS COMPLAINT

A. Plaintiff

Plaintiff's Name: Nathaniel O'Neal          ID Number: X78677

List all other names by which you have been known:  (None)

_____

Current Institution: Santa Rosa Correctional Institution

Address:  5850 E. Milton Rd.

_____ Milton, FL. 32583

B. Defendant(s)

State the name of the Defendant, whether an individual, government agency, organization, or corporation.   For individual Defendants, identify the person's official position or job title, and mailing address.   Indicate the capacity in which the Defendant is being sued.  Do this for *every* Defendant:

1. Defendant's Name: SHAUNDERRICH M. GREENE

Official Position: Sergeant

Employed at: Santa Rosa Correctional Institution

Mailing Address:  5850 E. Milton Rd.

_____ Milton, FL. 32583

☑ Sued in Individual Capacity          ☐ Sued in Official Capacity

2. Defendant's Name: <u>JUSTIN P. NEEL</u>

Official Position: <u>Lieutenant</u>

Employed at: <u>Santa Rosa Correctional Institution</u>

Mailing Address: <u>5850 E. Milton Rd.</u>

<u>Milton, FL. 32583</u>

☑ Sued in Individual Capacity   ☐ Sued in Official Capacity

3. Defendant's Name: <u>EVAN R. MANNERS</u>

Official Position: <u>Sergeant</u>

Employed at: <u>Santa Rosa Correctional Institution</u>

Mailing Address: <u>5850 E. Milton Rd.</u>

<u>Milton, FL. 32583</u>

☑ Sued in Individual Capacity   ☐ Sued in Official Capacity

*(Provide this information for all additional Defendants in this case by attaching additional pages, as needed.)*

## II. BASIS FOR JURISDICTION

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution" and federal law. Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics,* 403 U.S. 388 (1971), you may sue federal officials for the violation of certain Constitutional rights.

PARTIES TO THIS COMPLAINT CONTINUED

4. Defendant's Name: ANDREW ALLIGOOD
   Official Position: Officer.
   Employed at: Santa Rosa Correctional Institution
   Mailing Address: 5850 E. Milton Rd.   Milton, FL. 32583
   Sued in Individual Capacity.

5. Defendant's Name: CODY R. SEAMAN
   Official Position: Officer.
   Employed at: Santa Rosa Correctional Institution
   Mailing Address: 5850 E. Milton Rd.   Milton, FL. 32583
   Sued in Individual Capacity.

6. Defendant's Name: DANIEL G. O'NEAL
   Official Position: Officer
   Employed at: Santa Rosa Correctional Institution
   Mailing Address: 5850 E. Milton Rd.   Milton, FL. 32583
   Sued in Individual Capacity.

7. Defendant's Name: MELINDA GRAY
   Official Position: Nurse.
   Employed at: Santa Rosa Correctional Institution
   Mailing Address: 5850 E. Milton Rd.   Milton, FL. 32583
   Sued in Individual Capacity.

8. Defendant's Name: AMANDA G. WOLFORD
   Official Position: Nurse.
   Employed at: Santa Rosa Correctional Institution
   Mailing Address: 5850 E. Milton Rd.  Milton, FL. 32583
   Sued in Individual Capacity.

Are you bringing suit against (*check all that apply*):

☐ Federal Officials (*Bivens case*)      ☑ State/Local Officials *(§ 1983 case)*

## III. PRISONER STATUS

Indicate whether you are a prisoner, detainee, or in another confined status:

☐ Pretrial Detainee        ☐ Civilly Committed Detainee

☑ Convicted State Prisoner     ☐ Convicted Federal Prisoner

☐ Immigration Detainee       ☐ Other *(explain below)*:

_____

_____

## IV. STATEMENT OF FACTS

Provide a short and plain statement of the *facts* which show why you are entitled to relief. Describe how *each* Defendant was involved and what each person did, or did not do, in support of your claim. Identify when and where the events took place, and state how each Defendant caused you harm or violated federal law. Write each statement in short numbered paragraphs, limited as far as practicable to a single event or incident. ***Do not make legal argument, quote cases, cite to statutes, or reference a memorandum.*** You may make copies of the following page if necessary to supply all the facts. Barring extraordinary circumstances, no more than five (5) additional pages

should be attached. *Facts not related to this same incident or issue must be addressed in a separate civil rights complaint.*

1). On 8/6/20 at about 11:00 a.m - 11:30am. Defendant; Sergeant S. Greene came and pulled me out of my housing cell B1221 for the results of my Covid-19 test.

2). Defendant; Sergeant S. Greene began cracking jokes on Plaintiff as he always do. Plaintiff told Defendant; Sergeant S. Greene "You look like you wanted to be Brittney Spears growing up as a child."

3). Once in the hallway Defendant; Sergeant S. Greene became upset that Plaintiff began to get the best of him and Defendant; Sergeant S. Greene began to curse Plaintiff out stating "You never know when to shut up."

4). Plaintiff realized Defendant; Sergeant S. Greene was now seriouse so I followed Defendant; Sergeant S. Green's orders, and stopped talking.

5). Defendant; Sergeant S. Greene went into a sideroom and picked up a dirty Covid-19 mask off the ground and tried to put it on my face.

6). Plaintiff told Defendant; Sergeant S. Greene the mask was dirty and Defendant; Sergeant S. Greene began cursing Plaintiff out again, threatening to place me back in my cell.

7). Plaintiff allowed Defendant; Sergeant S. Greene to put the dirty mask on Plaintiff's face being that I was handcuffed.

**Statement of Facts Continued** *(Page_1_of_5_)*

8). While waiting on the nurse in the hallway Defendant; Sergeant S. Greene picked back up telling plaintiff "And yeah, I bet Brittney Spears will beat your ass though." With a smile on his face.

9). I couldn't tell if Defendant; Sergeant S. Greene was joking again or not so Plaintiff told Defendant; Sergeant S. Greene "I'm not out here for all that. I just want to findout about my health."

10). Out of nowhere Defendant; Sergeant S. Greene jerked Plaintiff by the arm very hard.

11). Plaintiff stood in place and asked Defendant; Sergeant S. Greene "What are you doing?"

12). Defendant; Sergeant S. Greene jerked my arm again and said "Its over with. I'm putting you back in your cell."

13). Plaintiff pleaded with Defendant; Sergeant S. Greene to let me findout about my health.

14). Defendant; Sergeant S. Greene told me "Its done. Your going back." Then Defendant; Sergeant S. Greene became aggressive and pulled Plaintiff by the arm again.

15). I didn't argue or debate a second time. I walked down the hallway with Sergeant S. Greene in silence with Defendant; Sergeant S. Greene calmly

escorting me.

16). Out of nowhere Defendant; Sergeant S. Greene hit me with a palm strike to the shoulder.

17). Defendant; S. Greene then punched me on the neck with a closed fist and then a punch to the chin.

18). Being that I was in handcuffs, I had no way to block the attack from Defendant; Sergeant S. Greene.

19). So with another punch to the chin by Defendant; Sergeant S. Greene, I went to the ground very hard.

20). Defendant; Sergeant S. Greene jumped on my back crushing me with all his body weight and hit me with heavy strikes to the upper back, back of the neck, and the back of my head all using his elbows.

21). Defendant; Sergeant S. Greene then put my left wrist in a bar while I was handcuffed and applied pressure.

22). Defendant; Officer C. Seaman joined in the attack taking hold of my right wrist using the wrist bar Defendant; Sergeant S. Greene applied.

23). I didn't move or scream because I didn't want to hype the officers up or give them an excuse to become even more aggressive regardless of how much the assault hurt. I wanted it to end.

24). Since I didn't make a sound, Defendant; Sergeant S. Greene began to twist my left wrist around working my joints against eachother and began to squeeze even tighter.

25). Defendant; Lieutenant J. Neel walked out a sideroom with about six or seven other officials.

26). Defendant; Lieutenant J. Neel began to congratulate Defendant; Sergeant S. Greene for what he was doing to me telling him " Good job Greene." and "For now on Greene your doing all the transfers." among other things giving Defendant; Sergeant S. Greene acclamations.

27). Defendant; Sergeant S. Greene began to squeeze my left wrist even tighter while taking in the compliments from Defendant; Lieutenant J. Neel.

28). The position I was in plus all of Defendant; Sergeant S. Greene's body weight made it very hard for me to breath.

29). Other officials began walking around me saying negative things like:

30). "What a dumb ass." : Defendant; Officer C. O'Neal while failing to intervene.

31). "Your a dumb ass." : Defendant; Officer C. Seaman while assaulting me.

32). "You have the Corona Virus." : Defendant; Sergeant E. Manners While failing to intervene.

33). "Your going to die." : Defendant; Officer A. Alligood While failing to intervene.

34). "Your an infected dirt monkey." : Defendant; Sergeant E. Manners while failing to intervene.

35). Officials made these degrading comments plus other ill willed comments that made me believe I was going to actually die from Covid-19.

36). No matter how unbearable the pain was, I didn't make a sound or move at all.

37). The officials took their time getting the handheld camera and placing leg restraints on my ankles while I was tortured on the ground.

38). I was on the ground with Defendant; Sergeant S. Greene on my back for about 8-10 minutes which felt like a life time being that I was unable to breath straight and with all the pain coming from my left Wrist.

39). Defendant; J. Neel then placed a spit bag over my head Which made my breathing worse.

40). Minutes later I was stood up and escorted back to my cell.

41). Once in my cell handcuffs were removed through the handcuff portal.

42). I looked at my left wrist for the first time and saw that my left wrist was snapped out of place.

43). Pain shot through my body.

44). My Cellmate, Deshawn Hurst Dc# : P587148 helped me pop my wrist back in place.

45). I showed my wrist to Defendant; Lieutenant J. Neel and Called for Medical Emergency.

46). Defendant; Lieutenant J. Neel Screamed over me making it seem as if I were being disruptive.

47). Defendant; Lieutenant J. Neel Saw the condition of my wrist and began to threaten to gas me if I didn't sit down on my bunk and shut up.

48). I complied with those orders, sitting in pain.

49). Minutes later the nurse was called.

50). I showed my left wrist to Defendant; Nurse A. Wolford also, and showed her I was unable to move it, disregarding all other pains I was going through at the time to get help for my left wrist.

51). Defendant; Lieutenant J. Neel Spoke over Defendant; Nurse A. Wolford

and told Defendant; Nurse A. Wolford, "Tell him to fill out a sick call." although this was a Medical Emergency.

52). Defendant; Nurse A. Wolford did as she was told and walked away leaving me to suffer.

53). Defendant; Lieutenant J. Neel told me "If you make a sound after I leave, I'm going to come back and gas your ass."

54). Defendant; Lieutenant J. Neel then made some more threats then left the dorm.

55). Two days later Defendant; Lieutenant J. Neel had me moved to another cell where I was housed alone for 18 days. (From cell B1221 to Cell B1222).

56). During this 18 day period I've called for Medical Emergencies, asked for sick calls, and even made a homemade cast for both my wrist that got painfully worse each day. The institution hid me and I couldn't use my hands for even the simplest task, as : brush my teeth.

57). On 8/24/20 Defendant; Lieutenant J. Neel came to my cell door threatening me about grievances I wrote on him and because my family was now calling the prison.

58). I explained to Defendant; Lieutenant J. Neel that I've been in pain and I believe my wrist is broken. I also explained how long I've called for Medical Emergencies and Sick Calls.

59). The next day on 8/25/20 I was pulled out of Cell B1222 to see the nurse. (This is 19 days from the incident.)

60). Defendant; Nurse M. Gray ran a physical for both my wrist and told me I'll be scheduled for X-rays because my wrist could possibly be broken.

61). On 9/2/20 around 4:00 p.m. Defendant; Lieutenant J. Neel pulled me out of Cell B1221 where I was now housed with inmate Deshawn Hurst once again.

62). Defendant; Lieutenant J. Neel threatened me again for the 8/24/20 grievance I wrote on him.

63). Defendant; Lieutenant J. Neel told me that (basically) he and his officers were going to keep getting away with anything they did and that he didn't care how many grievances I wrote.

64). I requested protective management from Defendant; Sergeant S. Greene and Defendant; Lieutenant J. Neel which was approved.

65). On 9/2/20 I was moved away from B Dorm and moved to Dorm G1 to Cell G1208.

66). I never received any X-rays from medical and I was never told I have a call out for medical, as Defendant; Nurse M. Gray had once informed me.

67). On 10/13/20 Defendant; Sergeant S. Greene came to my housing cell G1208 at around 11:30 p.m. pounding on my door.

68). Defendant; Sergeant S. Greene spoke very aggressive with me and threatened me saying "So you think your real tough writing grievances? We'll see very soon how tough you really are."

69). I was now in fear for my life and wrote a grievance because I was on protective management from Sergeant Shaunderrick Greene and Lieutenant Justin P. Neel. And although Sergeant Shaunderrick Greene worked in B Dorm, that didn't stop him from coming to G Dorm to threaten me.

70). That grievance was approved on 10/14/20.

71). On 9/14/20, 10/6/20, 10/28/20, and 11/18/20 Plaintiff wrote request forms and grievances asking the full names and ranks of officials involved in the 8/6/20 incident also medical records for Plaintiff's wrist to no avail.

72). On 11/2/20 Officer Andrew Alligood (who was also part of the 8/6/20 attack) refused to pull Plaintiff out of cell G1208 for Close Management review.

73). On 11/6/20 Classification finalized another 6month period for Plaintiff to remain in the box on CM2 plus a second 6month period for Plaintiff to remain in the box on CM3 solely for the 8/6/20 incident where Plaintiff was attacked off guard by Defendant; Sergeant S. Greene.

74). Plaintiff wrote a grievance on 11/2/20 showing this is retaliation. Lieutenant Justin P. Neel and Sergeant Shaunderrick M. Greene has been threatening retaliation against Plaintiff ever since 8/6/20 and because my last disciplinary report was 2/13/20. (Nearly a full year without any write ups, including 8/6/2 where Defendant; Sergeant S. Greene failed to write Plaintiff up.)

75). Plaintiff also wrote a grievance on 11/4/20 inquiring why I haven't been pulled for X-rays and although Plaintiff went to follow up treatment on 8/25/20, medicals response was that Nurse Melinda Gray had had it in record that I refused all follow up treatments and refused to come out the cell on 8/25/20 (Cameras refute this) and 8/28/20.

## V.  STATEMENT OF CLAIMS

State what rights under the Constitution, laws, or treaties of the United States have been violated.  Be specific.  If more than one claim is asserted, number each separate claim and relate it to the facts alleged in Section III.  If more than one Defendant is named, indicate which claim is presented against which Defendant.

1). The Actions of Sergeant Shaunderrick Greene, Lieutenant Justin P. Neel, Sergeant Evan R. Manners, Officer Andrew Alligood, Officer Cody R. Seaman, Officer Daniel C. O'Neal in using physical force against the Plaintiff without need or provocation, or in failing to intervene to prevent the misuse of force, were done maliciously and sadistically and constituted cruel and unusual

## VI.  RELIEF REQUESTED

State briefly what relief you seek from the Court.  Do not make legal arguments or cite to cases/ statutes.  If requesting money damages *(either actual or punitive damages)*, include the amount sought and explain the basis for the claims.

A). Award Compensatory damages in the following amounts:

1). $60,000 Jointly and Severally against Sergeant Shanuderrick M. Greene, Lieutenant Justin P. Neel, Sergeant Evan R. Manners, Officer Andrew Alligood, Officer Cody R. Seaman, and Officer Daniel C. O'Neal for the physical and

STATEMENT OF CLAIMS CONTINUED

punishment in violation of the Eighth Amendment of the United States Constitution.

2). The actions of Defendant; Sergeant S. Greene in using physical force against the Plaintiff without need or provocation constituted the tort of assault and battery under the law of Florida.

3). The failure of Defendant; Lieutenant J. Neel to take disciplinary or other action to curb the physical abuse of inmates by Defendants Sergeant S. Greene constituted deliberate indifference to the plaintiff's and other prisoner's safety, and contributed to and proximately cause the above-described violation of Eighth Amendment rights and assault and battery.

4). The failure of Defendant; Nurse M. Gray and Defendant; Nurse A. Wolford to provide examinations, treatment of plaintiff's broken wrist, x-rays, and physical therapy for Plaintiff's wrist, constitutes deliberate indifference to the Plaintiff's serious medical needs in violation of the Eighth Amendment to the United States Constitution.

5). The failure of Defendant; Nurse M. Gray and Defendant; Nurse A. Wolford to provide examinations, treatment of Plaintiff's broken wrist, x-rays, and physical therapy for Plaintiff's wrist, constitutes the tort of negligence under the law of Florida.

# RELIEF REQUESTED CONTINUED

emotional injuries sustained as a result of the Plaintiff's beating.

  2). $25,000 Jointly and severally against Nurse M. Gray and Nurse A. Wolford for the physical and emotional injury resulting from their failure to provide adequate medical care to the Plaintiff.

  B. Award punitive damages in the following amounts;

  1). $10,000 each against Defendant; Sergeant S. Greene, defendant; Lieutenant J. Neel, Defendant; Sergeant E. Manners, Defendant; Officer A. Alligood, Defendant; Officer C. Seaman, and Defendant; Officer D. O'Neal.

  2). $10,000 each against Defendant M. Gray and Defendant A. Wolford.

  C. A Jury trial on all issues triable by Jury.

  D. Any additional relief this court deems Just, proper, and equitable.

Dated: 5/27/21
    Respectfully Submitted

Nathaniel O'Neal
Santa Rosa Correctional Institution
5850 E. Milton Rd.
Milton, FL. 32583

**ATTENTION:** *The Prison Litigation Reform Act ("PLRA") does not permit awards for punitive or compensatory damages "for mental or emotional injury suffered while in custody without a prior showing of physical injury or the commission of a sexual act . . . ." 42 U.S.C. § 1997e(e).*

## VII.  EXHAUSTION OF ADMINISTRATIVE REMEDIES

The PLRA requires that prisoners exhaust all available administrative remedies *(grievance procedures)* before bringing a case.  42 U.S.C. § 1997e(a).  **ATTENTION:** *If you did not exhaust available remedies prior to filing this case, this case may be dismissed.*

## VIII.  PRIOR LITIGATION

**ATTENTION:** *The "three strikes rule" of the PLRA bars a prisoner from bringing a case without full payment of the filing fee at the time of case initiation if the prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).*

A. To the best of your knowledge, have you had any case dismissed for a reason listed in § 1915(g) which counts as a "strike"?

□ YES   ☑ NO

If you answered yes, identify the case number, date of dismissal and court:

1. Date: _____ Case #: _____

   Court: _____

2. Date: _____ Case #: _____

   Court: _____

3. Date: _____ Case #: _____

   Court: _____

   *(If necessary, list additional cases on an attached page)*

B. Have you filed other lawsuits in either *state or federal court* dealing with the same facts or issue involved in this case?

□ YES   ☑ NO

If you answered yes, identify the case number, parties, date filed, result (*if not still pending*), name of judge, and court for each case *(if more than one)*:

1. Case #: _____ Parties: _____

Court: _____ Judge: _____

Date Filed: _____ Dismissal Date *(if not pending)*: _____

Reason: _____

2.  Case #: _____ Parties: _____

Court: _____ Judge: _____

Date Filed: _____ Dismissal Date *(if not pending)*: _____

Reason: _____

C.  Have you filed any other lawsuit in federal court either challenging your

conviction or otherwise relating to the conditions of your confinement?

☐ YES   ☑ NO

If you answered yes, identify all lawsuits:

1.  Case #: _____ Parties: _____

Court: _____ Judge: _____

Date Filed: _____ Dismissal Date *(if not pending)*: _____

Reason: _____

2.  Case #: _____ Parties: _____

Court: _____ Judge: _____

Date Filed: _____ Dismissal Date *(if not pending)*: _____

Reason: _____

3.  Case #: _____ Parties: _____

Court: _____ Judge: _____

Date Filed: _____ Dismissal Date *(if not pending)*: _____

Reason: _____

4. Case #: _____ Parties: _____

   Court: _____ Judge: _____

   Date Filed: _____ Dismissal Date *(if not pending)*: _____

   Reason: _____

5. Case #: _____ Parties: _____

   Court: _____ Judge: _____

   Date Filed: _____ Dismissal Date *(if not pending)*: _____

   Reason: _____

6. Case #: _____ Parties: _____

   Court: _____ Judge: _____

   Date Filed: _____ Dismissal Date *(if not pending)*: _____

   Reason: _____

*(Attach additional pages as necessary to list all cases. **Failure to disclose all prior cases may result in the dismissal of this case.**)*

## IX. CERTIFICATION

I declare under penalty of perjury that the foregoing (including all continuation pages) is true and correct. Additionally, as required by Federal

Rule of Civil Procedure 11, I certify that to the best of my knowledge, information, and belief, this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to timely notify the Clerk's Office if there is any change to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date: 5/27/21   Plaintiff's Signature: _____

Printed Name of Plaintiff: Nathaniel O'Neal

Correctional Institution: Santa Rosa Correctional Institution

Address: 5850 E. Milton Rd.

Milton, FL. 32583

**I certify and declare, under penalty of perjury, that this complaint was (check one) ☑ delivered to prison officials for mailing or ☐ deposited in**

the prison's mail system for mailing on the ___27^th___ day of ___May___,

20 __21__.


Signature of Incarcerated Plaintiff: _____




NATHANIEL O'NEAL X78677
SANTA ROSA CORRECTIONAL INSTITUTION
5850 EAST MILTON ROAD
MILTON FL 32583-7914,

US DISTRICT COURT
1 NORTH PALAFOX STREET
PENSACOLA, FL 32502

RECEIVED JUN 0 7 2021