UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

NATHANIEL O'NEAL,
    Plaintiff,

vs.                                    Case No.: 3:21cv685/LAC/EMT

SHAUNDERRICK M. GREENE, et al.,
    Defendants.
_____/

## **ORDER**

The chief magistrate judge issued a Report and Recommendation on December 15, 2021 (ECF No. 49). The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined it should be adopted.

Accordingly, it is **ORDERED**:

1.    The chief magistrate judge's Report and Recommendation (ECF No. 49) is adopted and incorporated by reference in this order.

2.  Plaintiff's Motion for Temporary Restraining Order (ECF No. 11) is **DENIED**.

**DONE AND ORDERED** this 13th day of January, 2021.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**