UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

NATHANIEL O'NEAL,
    Plaintiff,

vs.                                              Case No.:  3:21cv685/LAC/ZCB

SHAUNDERRICK M. GREENE, et al.,
    Defendants.
_____/

## ORDER

The magistrate judge issued a Report and Recommendation on August 5, 2022.  (Doc. 95).  The Court furnished the parties a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been filed.

Having considered the Report and Recommendation, I have determined it should be adopted.

Accordingly, it is **ORDERED**:

1. The magistrate judge's Report and Recommendation (Doc. 95) is adopted and incorporated by reference in this order.

2. Defendants Wohlford and Bray's motion to dismiss (Doc. 45) is **DENIED**.

3. This case is recommitted to the magistrate judge for further proceedings.

**DONE AND ORDERED** this 7th day of September, 2022.

          *s/L.A. Collier*
          **LACEY A. COLLIER**
          **SENIOR UNITED STATES DISTRICT JUDGE**