UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

NATHANIEL O'NEAL,
    Plaintiff,

vs.                                                    Case No.: 3:21cv685/LAC/ZCB

SHAUNDERRICK M. GREENE, et al.,
    Defendants.
_____/

## **ORDER**

The magistrate judge issued a Report and Recommendation on February 14, 2023. (Doc. 102). The Court furnished the parties a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of the timely filed objections.

Having considered the Report and Recommendation, and the objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1.     The magistrate judge's Report and Recommendation (Doc. 102) is adopted and incorporated by reference in this order.

2. Defendants Green, Neel, Alligood, Manners, and O'Neal's motion for summary judgment (Doc. 66) is **GRANTED** with respect to all Plaintiff's federal claims.

3. Defendants Wohlford and Bray's motion for summary judgment (Doc. 69) is **GRANTED** with respect to Plaintiff's federal and state law claims.

4. Plaintiff's state tort claims against Defendant Green are **DISMISSED** without prejudice to Plaintiff pursuing them in a state court action.

5. All other pending motions are **DENIED** as moot.

6. The Clerk of Court is directed to enter judgment in accordance with this order and close the case.

**DONE AND ORDERED** this 8th day of March, 2023.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**